IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du Pont de Nemours and Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-71-KAJ |
| v. ) | |
| ) | |
| DAK Americas LLC and DAK Fibers LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO MOVE FOR REMAND

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that, to the extent any time limit under 28 U.S.C. § 1447(c) would otherwise apply, the time within which Plaintiff E. I. du Pont de Nemours and Company may move to remand this action to the Superior Court of the State of Delaware is extended through and including March 24, 2005.

POTTER ANDERSON & CORROON LLP

/s/ Erica L. Niezgoda
Kevin R. Shannon (#3137)
Erica L. Niezgoda (#3986)
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
eniezgoda@potteranderson.com
Attorneys for Plaintiff,
E.I. du Pont de Nemours and Company

RICHARDS, LAYTON & FINGER, P.A.

/s/ William J. Wade
William J. Wade (#704)
Matthew W. King (#4566)
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
wade@rlf.com
king@rlf.com
Attorneys for Defendants
DAK Americas LLC and DAK Fibers LLC

Dated: March 8, 2005

IT IS SO ORDERED on this _____ day of _____, 2005.

_____
Judge