IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du Pont de Nemours and Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-71-KAJ |
| v. | ) |
| | ) |
| DAK Americas LLC and DAK Fibers LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that, Plaintiff E. I. du Pont de Nemours and Company shall file its Answering Brief in response to Defendants' Motion to Stay on or before April 1, 2005, and Defendants DAK Americas LLC and DAK Fibers LLC shall file their Reply Brief on or before April 22, 2005.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Erica L. Niezgoda | /s/ William J. Wade |
| Kevin R. Shannon (#3137) | William J. Wade (#704) |
| Erica L. Niezgoda (#3986) | Matthew W. King (#4566) |
| Hercules Plaza, Sixth Floor | One Rodney Square, P.O. Box 551 |
| 1313 N. Market St., P.O. Box 951 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302)984-6000 | Attorneys for Defendants |
| Attorneys for Plaintiff, | DAK Americas LLC and DAK Fibers LLC |
| E.I. du Pont de Nemours and Company | |

Dated: March 16, 2005

IT IS SO ORDERED on this _____ day of _____, 2005.

_____
Judge