IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. du Pont de Nemours and Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-71-KAJ |
| v. ) | |
| ) | |
| DAK Americas LLC and DAK Fibers LLC, ) | |
| ) | |
| Defendants. ) | |

## WITHDRAWAL OF ATTORNEY APPEARANCE

PLEASE WITHDRAW the appearance of Erica L. Niezgoda (#3986) and PLEASE CONTINUE the appearance of Potter Anderson & Corroon LLP by Kevin R. Shannon (#3137) and David E. Moore (#3983) on behalf of Plaintiff in the above-referenced action.

POTTER ANDERSON & CORROON LLP

/s/
Kevin R. Shannon (#3137)
David E. Moore (#3983)
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff,
E.I. du Pont de Nemours and Company

Dated: March 18, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2005, the foregoing WITHDRAWAL OF ATTORNEY APPEARANCE was served via electronic filing on CM/ECF, where it is available for review and downloading, to:

William J. Wade (#704)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
wade@rlf.com

_____
Kevin R. Shannon (#3137)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com