## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

E.I. du Pont de Nemours )
and Company, )
           )
         Plaintiff, )
           )     **C.A. No. 05-71-KAJ**
           )
       v. )
           )
DAK Americas LLC and )
DAK Fibers LLC, )
           )
        Defendants. )

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), plaintiff E.I. du Pont de Nemours and Company ("DuPont") hereby moves this Honorable Court to remand the present action to the Superior Court of the State of Delaware in and for New Castle County. As fully set out in plaintiff's accompanying memorandum in support of its motion to remand, this case was improperly removed because this Court lacks federal question jurisdiction. Accordingly, DuPont respectfully requests that the case be remanded.

Of Counsel:

**CROWELL & MORING LLP**

Kent A. Gardiner
Aimée D. Latimer
Stephen Martin
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500

Dated: March 24, 2005

675424

**POTTER ANDERSON & CORROON LLP**

Kevin R. Shannon (No. 3137)
(kshannon@potteranderson.com)
David E. Moore (No. 3983)
(dmoore@potteranderson.com)
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

*Counsel for Plaintiff*
*E. I. du Pont de Nemours and Company.*

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2005, I electronically filed and hand

delivered the foregoing document with the Clerk of Court using CM/ECF which will send

notification of such filing to the following:

> William J. Wade, Esquire (#704)
> Matthew W. King, Esquire (#4566)
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, DE  19899

Kevin R. Shannon  (#3137)