IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. du Pont de Nemours and Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-71-KAJ |
| v. | ) | |
| | ) | |
| DAK Americas LLC and DAK Fibers LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, subject to the approval of the Court, that the remaining briefing schedule for Defendants DAK Americas LLC's and DAK Fibers LLC's Motion to Dismiss and to Stay (D.I. 5) shall proceed as follows.

Answering Brief      To be filed and served on April 15, 2005,

Reply Brief      To be filed and served on May 11, 5005.

AND that the remaining briefing schedule for Plaintiff's Motion to Remand (D.I. 10) shall proceed as follows:

Answering Brief      To be filed and served on April 28, 2005,

Reply Brief      To be filed and served on May 13, 2005.

/s/ David E. Moore
_____

Kevin R. Shannon  (#3137)
(kshannon@potteranderson.com)
David E. Moore  (#3983)
(dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
Attorneys for Plaintiff
   E.I. du Pont de Nemours and Company

William J. Wade (#704)
(wade@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Defendants
   DAK Americas LLC and DAK Fibers LLC



APPROVED and SO ORDERED this _____ day of _____, 2005.


_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2005, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF which will send notification of such

filing to the following and which has also been served as noted:

### VIA HAND DELIVERY

Kevin R. Shannon (#3137)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899

Matthew W. King (#4566)