IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du Pont de Nemours and Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-71-KAJ |
| v ) | |
| ) | |
| DAK Americas LLC and DAK Fibers LLC, ) | |
| ) | |
| Defendants ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, subject to the approval of the Court, that the remaining briefing schedule for Defendants DAK Americas LLC's and DAK Fibers LLC's Motion to Dismiss and to Stay (D.I. 5) shall proceed as follows.

      Reply Brief       To be filed and served on June 14, 2005.

AND that the remaining briefing schedule for Plaintiff's Motion to Remand (D.I. 10) shall proceed as follows:

      Answering Brief       To be filed and served on May 31, 2005;

      Reply Brief       To be filed and served on June 17, 2005.

-2-

/s/ David E. Moore
Kevin R. Shannon (#3137)
(kshannon@potteranderson.com)
David E. Moore (#3983)
(dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
Attorneys for Plaintiff
  E.I. du Pont de Nemours and Company

William J. Wade (#704)
(wade@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants
  DAK Americas LLC and DAK Fibers LLC

APPROVED and SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Kevin R. Shannon (#3137)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899

                                           Matthew W. King (#4566)