IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. du Pont de Nemours and Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-71-KAJ |
| v. | ) | |
| | ) | |
| DAK Americas LLC and DAK Fibers LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, subject to the approval of the Court, that the remaining briefing schedule for Defendants DAK Americas LLC's and DAK Fibers LLC's Motion to Dismiss and to Stay (D.I. 5) shall be extended and proceed as follows:

    Defendants' Reply Brief        To be filed and served on June 15, 2005.

AND that the remaining briefing schedule for Plaintiff's Motion to Remand (D.I. 10) shall proceed as follows:

    Defendants' Answering Brief        To be filed and served on June 15, 2005;

    Plaintiff's Reply Brief        To be filed and served on June 29, 2005.

-2-

/s/ Kevin R. Shannon
Kevin R. Shannon (#3137)
(kshannon@potteranderson.com)
David E. Moore (#3983)
(dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
Attorneys for Plaintiff
   E.I. du Pont de Nemours and Company

William J. Wade (#704)
(wade@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants
   DAK Americas LLC and DAK Fibers LLC


APPROVED and SO ORDERED this _____ day of _____, 2005.


_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Kevin R. Shannon (#3137)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899

_____
Matthew W. King (#4566)