## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

May 25, 2005

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

   Re: *E.I. du Pont de Nemours and Company v.*
     *DAK America LLC and DAK Fibers LLC,*
     C.A. No. 05-71-KAJ

Dear Judge Jordan:

  Enclosed please find a proposed Stipulation and Order, which seeks a further extension of the briefing schedule on two pending motions: Defendants' Motion to Dismiss and Plaintiff's Motion to Remand. Since this is the third request for an extension, the parties thought it appropriate to advise Your Honor that they believe that the matter has been settled and that the requested extension will allow time to produce the necessary documentation and to obtain the necessary approvals. The parties hope to file dismissal papers in this Court prior to the end of the requested extension.

  If Your Honor should have any questions concerning the foregoing or if we can provide any further information, counsel are available at the Court's convenience.

          Respectfully,

          William J. Wade

WJW/bw

Enclosure
cc: Kevin R. Shannon, Esquire

RLF1-2877596-1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Kevin R. Shannon (#3137)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899

_____
Matthew W. King (#4566)

RLF1-2848218-1