IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du Pont de Nemours and Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-71-KAJ |
| v. ) | |
| ) | |
| DAK Americas LLC and DAK Fibers LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, subject to the approval of the Court, that the remaining briefing schedule for Defendants DAK Americas LLC's and DAK Fibers LLC's Motion to Dismiss and to Stay (D.I. 5) shall be extended and proceed as follows:

Defendants' Reply Brief        To be filed and served on August 1, 2005.

AND that the remaining briefing schedule for Plaintiff's Motion to Remand (D.I. 10) shall proceed as follows:

Defendants' Answering Brief    To be filed and served on August 1, 2005;

Plaintiff's Reply Brief        To be filed and served on August 8, 2005.

-1-

RLF1-2867657-1

-2-

| | |
|---|---|
| /s/ David E. Moore | *[signature]* |
| Kevin R. Shannon (#3137) | William J. Wade (#704) |
| (kshannon@potteranderson.com) | (wade@rlf.com) |
| David E. Moore (#3983) | Matthew W. King (#4566) |
| (dmoore@potteranderson.com) | (king@rlf.com) |
| Potter Anderson & Corroon LLP | Richards, Layton & Finger |
| Hercules Plaza, Sixth Floor | One Rodney Square |
| 1313 N. Market Street, P.O. Box 951 | P.O. Box 551 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 984-6000 | (302) 651-7700 |
| Attorneys for Plaintiff | Attorneys for Defendants |
|   E.I. du Pont de Nemours and Company |   DAK Americas LLC and DAK Fibers LLC |

APPROVED and SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Kevin R. Shannon (#3137)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market St., P.O. Box 951
Wilmington, DE 19899

                                                Matthew W. King (#4566)