IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. du Pont de Nemours and Company,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DAK Americas LLC and DAK Fibers LLC,  )<br>)<br>Defendants.  ) | C.A. No. 05-71-KAJ |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

/s/ Kevin R. Shannon
Kevin R. Shannon (#3137)
(kshannon@potteranderson.com)
David E. Moore (#3983)
(dmoore@potteranderson.com)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
Attorneys for Plaintiff
   E.I. du Pont de Nemours and Company

/s/ William J. Wade
William J. Wade (#704)
(wade@rlf.com)
Matthew W. King (#4566)
(king@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants
   DAK Americas LLC and DAK Fibers LLC

SO ORDERED this _____ day of _____, 2005.

_____
U.S.D.J.

RLF1-2871190-1